# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| LOLAN CARTER § | |
| § | |
| V. § | CASE NO. 4:11-CV-645 |
| § | Judge Schneider/Judge Mazzant |
| JPMORGAN CHASE, NA § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 14, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant JPMorgan Chase Bank, N.A.'s, incorrectly sued as "JP Morgan Chase, NA" Motion to Dismiss (Dkt. #7) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant JPMorgan Chase Bank, N.A.'s, incorrectly sued as "JP Morgan Chase, NA" Motion to Dismiss (Dkt. #7) is **GRANTED** and all claims are DISMISSED with prejudice.

**It is SO ORDERED.**

**SIGNED this 5th day of January, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE